UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JNS MOVERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMMY "O" ENTERPRISES, INC., and TIMOTHY E. O'CONNOR, <br><br> Defendants. | CASE NO. 3:22-cv-05985-RSL <br><br> ORDER |

This matter comes before the Court on "Plaintiff's Motion for Entry of Default Judgment." Dkt. # 12. Before a court can enter a default judgment against a defendant, a plaintiff must satisfy the procedural requirements for default judgment set forth in Federal Rules of Civil Procedure 54(c) and 55(a), as well as Local Civil Rule 55. The local rules of this district require a party seeking default judgment to provide evidence establishing its entitlement to an award of attorney's fees, if requested, and the amount thereof. LCR 55(b)(2)(A) and (C). Plaintiff has not done so, instead including a provision in the proposed order that would allow it to file a separate motion regarding attorney's fees after judgment is entered. The Court declines to adopt this procedure. If plaintiff intends to seek an award of attorney's fees, it must include in a renewed motion a statement regarding "the basis for an award of fees and include a declaration from [its] counsel establishing the

ORDER - 1

reasonable amount of fees to be awarded, including, if applicable, counsel's hourly rate, the number of hours worked, and the tasks performed." LCR 55(b)(2)(C).

For all of the foregoing reasons, the Court declines to enter the proposed order of default judgment submitted by plaintiff on August 7, 2023, at Dkt. # 12-1.

Dated this 10th day of August, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge