# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JNS MOVERS, INC. d/b/a J&S MOVING PROFESSIONALS, a Washington corporation,<br><br>                     Plaintiff,<br>v.<br><br>TIMMY "O" ENTERPRISES, INC., an Ohio corporation, TIMOTHY E. O'CONNOR, an individual,<br><br>                     Defendants. | CASE NO. 3:22-cv-05985-RSL<br><br>**ORDER ON MOTION FOR DEFAULT JUDGMENT** |

THIS MATTER came before this Court on plaintiff's renewed Motion for Default Judgment (Dkt. # 14) against defendants Timmy "O" Enterprises, Inc. and Timothy O'Connor. Defendants Timmy "O" Enterprises, Inc. and Timothy O'Connor have not appeared in this matter: no notice of plaintiff's motion was therefore required.

WHEREAS an Order of Default was entered against defendants Timmy "O" Enterprises, Inc. and Timothy O'Connor on March 7, 2023, and the Court having reviewed and considered plaintiff's Complaint for Damages, plaintiffs' renewed motion, the Declaration of Chris Rosfjord, the Declaration of Justin Higbee, the exhibits attached

thereto, and the court record and files therein,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

a.    Plaintiff's Motion for Default Judgment is GRANTED.

b.    Plaintiff JNS Movers, Inc. d/b/a J&S Moving Professionals have proven damages and are entitled to judgment against defendants Timmy "O" Enterprises, Inc. and Timothy O'Connor in the principal amount of $70,655.00

c.    Plaintiff JNS Movers, Inc. d/b/a J&S Moving Professionals is entitled to post-judgment interest on the full amount of this Judgment, which shall be calculated at a rate of 5.40% until paid, pursuant to 28 U.S.C. § 1961(a).

Dated this 21st day of September, 2023,

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DEFAULT JUDGMENT